# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| KYLE CHRISTIAN SUERO, <br><br> Petitioner, <br><br> v. <br><br> NEIL McDOWELL, <br><br> Respondent. | No. ED CV 22-02214-MCS (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file objections by the deadline. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition with prejudice.

Date: June 8, 2023

*Mark C. Scarsi*
MARK C. SCARSI
United States District Judge